IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-CR-20-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JOHNELL THOMAS HODGES | ) | |

This matter is before the Court on defendant's motion for Court to direct clerk to make copy of memorandum of plea agreement [DE 39] and motion for clerk to provide copy of hearing exhibits. [DE 40]

The government has responded and stated that it has supplied defendant with a copy of the memorandum of plea agreement that he requests. [DE 45]. This motion is therefore DENIED AS MOOT.

For good cause shown, defendant's motion regarding copies of exhibits presented at his detention hearing before United States Magistrate Judge Gates is GRANTED. The clerk is DIRECTED to make copies of the admitted exhibits and counsel may obtain these copies from the Clerk's Office.

SO ORDERED, this __10__ day of April, 2015.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE