IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:15-CR-20-BO-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JOHNELL THOMAS HODGES, | ) | |
| | ) | |
| Defendant. | ) | |

This case comes before the court on the motion (D.E. 51) of defendant to modify paragraph 7(q) of the order setting conditions of release (D.E. 12) ("Release Order"), which requires defendant to submit to electronic monitoring. Defendant requests that this condition be modified temporarily to allow him to undergo an MRI procedure, which cannot be performed without removal of the electronic monitoring device he is required to wear. Defendant further represents that the United States Probation Officer in the Eastern District of Virginia, Melba Banks ("USPO Banks"), who is supervising his pretrial release, has reviewed the modification request. Defendant has included in his motion USPO Banks' recommendation for the manner in which the device would be temporarily removed for the MRI procedure. In addition, the government has informed the court that it has no objection to this requested modification.

For good cause shown, IT IS ORDERED as follows:

1. Defendant's motion (D.E. 51) is GRANTED.

2. Paragraph 7(q) of the Release Order is temporarily modified as follows:

a. USPO Banks is hereby authorized to cause the removal of the electronic monitoring device from defendant on 8 June 2015.

b.  Defendant shall remain in contact with USPO Banks during the time the monitoring device is removed.

c.  Immediately following the completion of the MRI procedure on 9 June 1015, defendant shall return to USPO Banks' office for the re-affixing of the monitoring device upon defendant's person.

3.  Except as modified herein, all provisions of the Release Order remain in full force and effect.

This 2nd day of June 2015.

                                                                                         _____
                                                                                         James E. Gates
                                                                                         United States Magistrate Judge