IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:15-CR-20-1BO

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER A M E N DING JUDGMENT** |
| | ) | |
| JOHNELL THOMAS HODGES | ) | |

Upon unopposed motion of the Defendant and for good cause shown, the defendant's motion to Amend the Judgment is GRANTED. The judgment is hereby amended to included the following language: It is recommended that the defendant Johnell Thomas Hodges be incarcerated at FCI Butner for a period of 63 months. The Court also recommends the defendant participate in a program for substance abuse treatment and counseling while incarcerated. **Except as herein modified, all other conditions of the original judgment shall remain in full force and effect.**

SO ORDERED, this __13__ day of November 2015.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE