IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-CR-20-BO-1

| | |
|---|---|
| JOHNELL THOMAS HODGES,<br>Petitioner, | )<br>)<br>) |
| v. | )      O R D E R<br>) |
| UNITED STATES OF AMERICA,<br>Respondent. | )<br>)<br>) |

This cause comes before the Court on petitioner's motion to recommend residential re-entry center placement. [DE 73]. Petitioner asks that this Court recommend that the Bureau of Prisons allow him to serve the last six to twelve months of his sentence in a residential re-entry center. The Court's recommendation is one of five factors considered by the Bureau of Prisons when designating offenders to places of incarceration. 18 U.S.C. § 3621(b).

Petitioner's motion [DE 73] is DENIED. The Court does not make any recommendation to the Bureau of Prisons. The clerk is DIRECTED to serve a copy of this order on the United States Probation Office and the Bureau of Prisons.

SO ORDERED, this 14 day of October, 2018.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE